## Second District.

LaSalle Extension University, appellant, v. Thomas E. Tucker, appellee. Gen. No. 9,382.

Opinion filed January 26, 1939. Rehearing denied May 2, 1939.

Gower, Gray & Gower, for appellant. Chas. D. Henry, Jr., for appellee.

Mr. Justice Huffman delivered the opinion of the court.